UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAIME RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE PERMANENTE MEDICAL GROUP (TPMG), CHRISTOPHER LEO (SUPERVISOR), SCOTT BASSI (SITE DIRECTOR), SHERRI STEGGE (HR CONSULTANT),<br><br>　　　　　Defendants. | Case No: C 13-04137 SBA<br><br>**ORDER**<br><br>Docket 5 |

On July 29, 2013, Plaintiff Jaime Ramirez ("Plaintiff"), proceeding pro se, commenced the instant action against, among others, Christopher Leo ("Defendant") in the Superior Court of California, County of Alameda. See Compl., Dkt. 1. On September 6, 2013, Defendant removed the action to this Court on the basis of federal question jurisdiction. See Notice of Removal, Dkt. 1. On September 13, 2013, Defendant filed a motion to dismiss.[1]  Dkt. 5.

Under Civil Local Rule 7-3, any opposition or statement of non-opposition to a motion is due no later than two weeks after the motion was filed.  This Court's Standing Orders specifically warn that the "failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion." Civil Standing Orders at 5, Dkt. 17.  Notwithstanding the requirements of

---

[1] On September 30, 2013, the action was reassigned to the undersigned.  Dkt. 12. On the same day, Defendant renoticed his motion to dismiss for November 5, 2013.  Dkt. 13.

1  Civil Local Rule 7-3 and this Court's Standing Orders, Plaintiff has filed nothing in
2  response to Defendant's motion to dismiss.
3      The Court warns Plaintiff that the failure to file a response to Defendant's motion to
4  dismiss within seven (7) days from the date this Order is filed will result in the dismissal of
5  this action under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply
6  with a Court Order.  See Hells Canyon Preservation Council v. U.S. Forest Serv., 403 F.3d
7  683, 689 (9th Cir. 2005) (recognizing that a district court may dismiss an action pursuant to
8  Rule 41(b) *sua sponte* for a plaintiff's failure to prosecute or comply with a court order);
9  Ferdick v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992) (a district court may dismiss an
10 action for failure to comply with any order of the court).
11     Accordingly,
12     IT IS HEREBY ORDERED THAT:
13     1.   Plaintiff shall file a response to Defendant's motion to dismiss by no later
14 than seven days (7) from the date this Order is filed.
15     2.   Plaintiff's failure to comply with this Order will result in the dismissal of this
16 action under Rule 41(b) for failure to comply with a Court Order.
17     3.   In the event Plaintiff timely responds to the motion to dismiss, Defendant
18 may file a reply brief by no later than seven (7) days after the date Plaintiff's response is
19 due.  Upon the expiration of the briefing schedule, the Court will take the matter under
20 submission without oral argument.
21     IT IS SO ORDERED.

Dated:  11/25/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge